NOTE—Reported at 396 N.E.2d 142.

## DOROTHY I. BRAND *v.* MONUMENTAL LIFE INSURANCE COMPANY.

[No. 2-277A44. Filed November 5, 1979. Rehearing denied May 14, 1980. Transfer granted March 4, 1981.]

REPORTER'S NOTE: This opinion is reported at 396 N.E.2d 417. The Supreme Court accepted transfer and vacated the opinion of the Court of Appeals under number 381S57. That opinion is reported at 417 N.E.2d 297.